FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 MAR 21  PM 4: 19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.  

RICHARD J. JOHNSTON

CASE NO.   3:12-cr-40-99TJC-TEM
Ct. 1:      18 U.S.C. §152(3)
Forfeiture: 18 U.S.C. § 981(a)(1)(C)
            and 28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 20, 2008, at Jacksonville, in the Middle District of Florida,

RICHARD J. JOHNSTON,

the defendant herein, did knowingly and fraudulently make a material false declaration, certificate, verification, or statement under penalty of perjury, that is, a false declaration on the Debtor's Financial Report for the Period March 1, 2008 through March 31, 2008, filed as Document No. 328, in and in relation to a case under title 11 of the United States Code, that is, In re Millennium Electrical Contracting, Inc., Case No. 3:07-bk-013350-JAF in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

In violation of Title 18, United States Code, Section 152(3).

## FORFEITURES

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 152, the defendant, RICHARD J. JOHNSTON, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s).

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Mac D. Heavener, III
Assistant United States Attorney

By: _____
Julie Hackenberry Savell
Assistant United States Attorney
Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RICHARD J. JOHNSTON

## INDICTMENT

Violations:

18 U.S.C. § 152(3)

A true bill,

*M. W. Halloran*
Foreperson

Filed in open court this 21st day

of March, 2012.

*Carol J. Hollman*
Clerk

Bail $ _____

GPO 863 525